IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAMSOFT DATA SYSTEMS, INC.,

    Plaintiff,

v.

SOUTHERN ELECTRONICS SUPPLY, INC.,

    Defendant.

CASE NO. 3:10-CV-03725-~~EMC~~ LHK

(~~Proposed~~)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Marx David Sterbcow, whose business address and telephone number is Sterbcow Law Group LLC, 1734 Prytania Street, New Orleans, LA 70130; Tel: (504) 523-4930

and who is an active member in good standing of the bar of the Supreme Court of Louisiana having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the plaintiff.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 20, 2010

*Lucy H. Koh*
LUCY H. KOH
United State District Judge

RECEIVED 2010 DEC -2 P 2:33 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA