RECEIVED
2010 DEC -2  P 2: 32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAMSOFT DATA SYSTEMS, INC.,

Plaintiff,

v.

SOUTHERN ELECTRONICS SUPPLY, INC.,

Defendant.

CASE NO. 3:10-CV-03725-~~EMC~~ LHK

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jason Luke Melancon, whose business address and telephone number is Melancon Rimes, 8706 Jefferson Hwy., Suite B, Baton Rouge, LA 70809; Tel: (225) 303-0455

and who is an active member in good standing of the bar of the Supreme Court of Louisiana having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the plaintiff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 20, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge