IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RECEIVED 2010 DEC -2 P 2: 33 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMSOFT DATA SYSTEMS, INC., | CASE NO. 3:10-CV-03725-~~EMC~~ LHK |
| Plaintiff, | (~~Proposed~~) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| SOUTHERN ELECTRONICS SUPPLY, INC., | |
| Defendant. | |

Robert C. Rimes, whose business address and telephone number is Law Office of Robert C. Rimes, 8706 Jefferson Hwy., Suite B, Baton Rouge, LA 70809; Tel: (225) 303-0455

and who is an active member in good standing of the bar of the Supreme Court of Louisiana having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the plaintiff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 20, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge