| | |
|---|---|
| PATRICK E. PREMO (CSB No. 184915)<br>ppremo@fenwick.com<br>THEIS FINLEV (CSB No. 264879)<br>tfinlev@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, California  94041<br>Telephone: (650) 988-8500<br>Facsimile:  (650) 938-5200<br><br>Attorneys for Defendant<br>TROPOS NETWORKS INC. | RICHARD KELLNER (CSB No. 171416)<br>rlk@kbklawyers.com<br>KAREN LIAO (CSB No. 256072)<br>kliao@kbklawyers.com<br>KABATECK KELLNER LLP<br>644 South Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: (213) 217-5000<br>Facsimile:  (213) 217-5010<br><br>Attorneys for Plaintiff<br>CAMSOFT DATA SYSTEMS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAMSOFT DATA SYSTEMS INC.,<br><br>Plaintiff,<br><br>v.<br><br>TROPOS NETWORKS INC.,<br><br>Defendant. | Case No. CV 10-3725 EJD (PSG)<br><br>**STIPULATION TO CONTINUE MEDIATION DEADLINE**<br><br>Complaint Filed:      August 23, 2010 |

**WHEREAS**, on August 23, 2010, the above-captioned action was transferred to this Court from the United States District Court for the Middle District of Louisiana;

**WHEREAS**, on December 16, 2010, this matter was assigned to the Honorable Lucy H. Koh;

**WHEREAS**, on March 9, 2011, plaintiff Camsoft Data Systems, Inc. ("Camsoft") filed a First Amended Complaint;

**WHEREAS,** on March 23, 2011, Judge Koh entered a Case Management Order calling for the above-captioned matter to complete court-sponsored mediation within 90 days of that Order, which is June 21, 2011;

**WHEREAS**, on April 1, 2011, Camsoft filed a Second Amended Complaint;

**WHEREAS**, on April 22, 2011, the Court appointed Mark LeHocky as Mediator;

**WHEREAS**, per stipulation, on April 22, 2011, defendant Tropos filed its Answer to the Second Amended Complaint;

**WHEREAS**, on April 25, 2011, this case was reassigned to the Honorable Edward J. Davila (the "Reassignment Order);

**WHEREAS**, per the Reassignment Order, the June 21, 2011 deadline for completing court-sponsored mediation appeared to remain in effect;

**WHEREAS**, the parties to this matter and the court-appointed mediator, Mr. LeHocky, have agreed to conduct the said mediation on July 8, 2011;

**WHEREAS**, the parties seek an extension of the deadline to complete mediation such that the parties are not in violation of this Court's Case Management Order;

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED TO** by and between the parties that the deadline to complete mediation in this action is extended to July 8, 2011.

**IT IS SO STIPULATED.**

Dated: June 17, 2011            FENWICK & WEST LLP

                                By:   _/s/ Patrick Premo_
                                          Patrick E. Premo

                                Attorneys for Defendant Tropos Networks Inc.

Dated: June 17, 2011            KABATECK BROWN & KELLNER, LLP

                                By:   _/s/ Richard Kellner_
                                          Richard Kellner

                                Attorneys for Plaintiff Camsoft Data Systems, Inc.

## ATTORNEY ATTESTATION

I hereby attest that the concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ Patrick Premo*
Patrick Premo

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: June 24, 2011

_____
The Honorable Edward J. Davila
United States District Court Judge