PATRICK E. PREMO (CSB No. 184915)
ppremo@fenwick.com
TYLER A. BAKER (CSB No. 65109)
tbaker@fenwick.com
THEIS FINLEV (CSB No. 264879)
tfinlev@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:   650.988.8500
Facsimile:   650.938.5200

Attorneys for Defendants
TROPOS NETWORKS INC. and
DAVE HANNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAMSOFT DATA SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TROPOS NETWORKS INC., RON SEGE, ALLEN CARR, DAVE HANNA,<br><br>　　　　Defendants. | Case No.: 5:10-cv-03725 EJD (PSG)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR TELEPHONIC APPEARANCE OF COUNSEL AT AUGUST 19, 2011 STATUS CONFERENCE<br><br>[CIV. L.R. 7-11] |

Before the Court is Defendants Tropos Networks Inc. and Dave Hanna's Motion for Administrative Relief pursuant to Civil Local Rule 7-11, to allow Defendants' counsel, Patrick E. Premo from the Fenwick & West firm in Mountain View, CA, to appear at the upcoming Status Conference, scheduled for 10:00 a.m. on Friday, August 19, 2011 (the "Conference"), by telephone conference call.  The Motion is supported by the Declaration of Mr. Premo.  After full consideration of the Motion and Declaration, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.  Mr. Premo may appear at the Conference by telephone conference call.

**IT IS SO ORDERED**.

Dated: August 10, 2011

The Honorable Edward J. Davila
United States District Judge

Fenwick & West LLP
Attorneys at Law
Mountain View

[Proposed] Order Granting Defs.' Admin. Mtn. re Telephonic Appearance    1    Case No.: 5:10-cv-03725 EJD (PSG)