1  RICHARD L. KELLNER, SBN 171416
   (rlk@kbklawyers.com)
2  KAREN LIAO, SBN 256072
   (kliao@kbklawyers.com)
3  KABATECK BROWN KELLNER LLP
   644 South Figueroa Street
4  Los Angeles, California 90017
   Telephone: (213) 217-5000
5  Facsimile: (213) 217-5010

6  *Attorneys for Plaintiff*
   *Camsoft Data Systems, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMSOFT DATA SYSTEMS, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> TROPOS NETWORKS, INC., RON SEGE, ALLEN CARR, DAVE HANNA; <br><br> Defendants. | CASE NO. 10-CV-03725 EJD <br><br> Assigned to Hon. Edward J. Davila <br><br> [~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR TELEPHONIC APPEARANCE OF COUNSEL AT AUGUST 19, 2011 STATUS CONFERENCE** <br> **[Pursuant to Civ. L.R. 7-11]** |

---

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION RE TELEPHONIC APPEARANCE**
**(10-CV-03725 EJD)**

Plaintiff CamSoft Data Systems, Inc. ("Plaintiff") filed a motion pursuant to Civ. L.R. 7-11, to permit Plaintiff's counsel, Richard L. Kellner of Kabateck Brown Kellner LLP to appear telephonically at the Status Conference scheduled for August 19, 2011 at 10:00 a.m. The Court, having considered the papers on the motion, and good cause having been shown, hereby GRANTS Plaintiff's Motion. Plaintiff's counsel, Richard L. Kellner, may appear at the August 19, 2011 Status Conference by telephone.

IT IS SO ORDERED.

Dated: August 11, 2011

Honorable Edward J. Davila
United States District Judge

— 2 —

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION RE TELEPHONIC APPEARANCE**
**(10-CV-03725 EJD)**