RICHARD L. KELLNER, SBN 171416
 (rlk@kbklawyers.com)
KAREN LIAO, SBN 256072
 (kliao@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

*Attorneys for Plaintiff*
*Camsoft Data Systems, Inc.*

**IT IS SO ORDERED**
Judge Edward J. Davila

9/1/2011

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMSOFT DATA SYSTEMS, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> TROPOS NETWORKS, INC., RON SEGE, ALLEN CARR, DAVE HANNA; <br><br> Defendants. | CASE NO. 10-CV-03725 EJD <br><br> Assigned to Hon. Edward J. Davila <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ALLEN CARR** <br><br> (FRCP 41(a)(1)(A)(i)) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff CamSoft Data Systems, Inc. ("Plaintiff") hereby dismisses all claims in this action against Defendant Allen Carr without prejudice. Defendant Carr has neither filed an answer nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: August 25, 2011                    KABATECK BROWN & KELLNER, LLP

                                          By:   /s/
                                                Richard L. Kellner
                                                *Counsel for Plaintiff CamSoft Data Systems, Inc.*

— 2 —
**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ALLEN CARR (10-CV-03725 EJD)**