UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAMSOFT DATA SYSTEMS, INC, | Case No. 5:10-cv-03725 EJD |
| Plaintiff(s), | **MODIFIED CASE MANAGEMENT ORDER** |
| v. | |
| TROPOS NETWORKS, INC., et. al., | |
| Defendant(s). | |

This case is scheduled for a Case Management Conference on October 7, 2011. Based on the parties' Joint Case Management Statement and proposed schedule, the court has determined there is good cause modify the current scheduling order and that an appearance is unnecessary at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following modified schedule.

   IT IS ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

   IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure:

   IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are

1

Case No. 5:10-cv-03725 EJD
CASE MANAGEMENT ORDER

referred to the assigned Magistrate Judge.

    IT IS FURTHER ORDERED that the parties shall contact the court's ADR Unit within 10 days of the date of this Order to discuss the scheduling of mediation, if they have not already done so.

    IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
| --- | --- |
| Fact Discovery Cutoff | April 6, 2012 |
| Designation of Opening Experts with Reports | 45 days before Expert Discovery Cutoff |
| Designation of Rebuttal Experts with Reports | 25 days before Expert Discovery Cutoff |
| Expert Discovery Cutoff | May 11, 2012 |
| Deadline(s) for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] | May 31, 2012 |
| Preliminary Pretrial Conference | 11:00 a.m. on March 9, 2012 |
| Joint Preliminary Pretrial Conference Statement | February 28, 2012 |

    IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re Pretrial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Preliminary Pretrial Conference Statement, and all other pretrial submissions.

**IT IS SO ORDERED.**

Dated: October 4, 2011



EDWARD J. DAVILA
United States District Judge

---

[1]   This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2]   A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re Pretrial Preparation."