[ATTORNEYS IDENTIFIED ON SIGNATURE PAGE]

**DENIED WITHOUT PREJUDICE**
Judge Edward J. Davila

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAMSOFT DATA SYSTEMS, INC., | Case No.: 5:10-cv-03725 EJD (PSG) |
| Plaintiff, | **JOINT STIPULATION TO PARTICIPATE IN SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE** |
| v. | |
| TROPOS NETWORKS INC., RON SEGE, ALLEN CARR, and DAVE HANNA, | **[CIV. L.R. 7-12; ADR L.R 7-2]** |
| Defendants. | |

**WHEREAS,** on October 4, 2011, the Court ordered plaintiff CamSoft Data Systems, Inc. ("CamSoft") and defendants Tropos Networks, Inc., Ron Sege and Dave Hanna (collectively, "Defendants") to participate in a second mediation through the Court's ADR Program, which is to be completed by January 3, 2012, per Local ADR Rule 3-6 (Dkt. No. 63).

**WHEREAS,** on November 9, 2011, the Court's ADR Unit appointed Mr. Robert Ebe as mediator (Dkt. No. 64).

**WHEREAS,** because of a trial commitment, Mr. Ebe is not able to participate in mediation or any form of ADR until January 13, 2012, which is after the deadline.

**WHEREAS**, the parties have significant discovery, including depositions, and motion practice to begin and believe that additional ADR would be beneficial.

**WHEREAS**, the parties have agreed to jointly petition the Court to refer this case pursuant to ADR Local Rule 7-2 to a settlement conference before a Magistrate Judge (other than the Honorable Howard R. Lloyd who is the parties' assigned Magistrate Judge and who is not available) in San Jose or the San Francisco/Oakland divisions of the Northern District of California.

**WHEREAS,** Plaintiff has retained new California counsel, who could participate in a settlement conference during the week of December 19, 2011, but is otherwise unavailable to participate prior to the January 3, 2012 deadline.

**IT IS HEREBY STIPULATED, CONSENTED, AND AGREED TO** by and between the parties that the Court may order the parties, through their attorneys of record, to participate in a settlement conference before a Magistrate Judge in the San Jose, or San Francisco/Oakland divisions of the Northern District of California, on **December 20, 21, 22 or 23, 2011**.

**IT IS SO STIPULATED.**

Dated: December 19, 2011

MELANCON RIMES

By: _____/s/ Jason L. Melancon_____
        Jason L. Melancon

Attorneys for Plaintiff
CAMSOFT DATA SYSTEMS, INC.

JOINT STIP. TO PARTICIPATE IN SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE | 1 | CASE NO.: 5:10-cv-03725 EJD (PSG)

Dated:  December 19, 2011               FENWICK & WEST LLP

                                        By:      */s/ Patrick E. Premo*
                                                    Patrick E. Premo

                                        Attorneys for Defendants
                                        TROPOS NETWORKS INC., RON SEGE AND
                                        DAVE HANNA

### ATTORNEY ATTESTATION

Pursuant to General Order 45, I, Patrick E. Premo, hereby attest that concurrence in the filing of this document has been obtained from the above-listed counsel and individual.

Dated:  December 19, 2011               FENWICK & WEST LLP

                                        By:      */s/ Patrick E. Premo*
                                                    Patrick E. Premo

                                        Attorneys for Defendants
                                        TROPOS NETWORKS INC., RON SEGE AND
                                        DAVE HANNA

### ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The case shall be referred to a settlement conference before Magistrate Judge _____ to be held on _____ in the Magistrate Judge's chambers.  The parties shall lodge with the Magistrate Judge and exchange confidential settlement conference statements by 5 pm Pacific time on December 19, 2011.

DATED: _____        _____
                                     THE HONORABLE  EDWARD J. DAVILLA
                                     UNITED STATES DISTRICT JUDGE