IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAMSOFT DATA SYSTEMS, INC., | CASE NO. 5:10-cv-03725 EJD |
| Plaintiff(s), | **ORDER EXTENDING DEADLINE TO COMPLETE ADR** |
| v. | |
| TROPOS NETWORKS INC., et. al., | |
| Defendant(s). | |

Based on the representations in the Joint Stipulation (Docket Item No. 65), and considering the docket reflects a mediation scheduled with Robert Ebe on January 13, 2012, the court finds good cause to extend the deadline for the completion of ADR in order to accommodate the mediation. Accordingly, the deadline for the completion of ADR is extended to **January 31, 2012.**

The parties may renew their request to participate in a settlement conference before a Magistrate Judge should the mediation with Mr. Ebe prove unsuccessful.

**IT IS SO ORDERED.**

Dated: December 20, 2011

EDWARD J. DAVILA
United States District Judge