UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

CAMSOFT DATA SYSTEMS, INC.,
    Plaintiff,

No. C 10-3725 EJD

v.

**ORDER RE: ATTENDANCE AT MEDIATION**

TROPOS NETWORKS, et al.,
    Defendants.
_____/

Date:     January 13, 2012
Mediator:  Robert Ebe

IT IS HEREBY ORDERED that the belated request to excuse defendants Dave Hanna and Ron Sege from appearing in person at the January 13, 2012, mediation before Robert Ebe is GRANTED due to plaintiff's non-opposition. Mr. Hanna and Mr. Sege shall be available to participate telephonically at all times in accordance with ADR L.R. 6-10(f). However, if the mediator determines that the parties' telephonic appearance is interfering with the mediation process, the mediator may decide to terminate the telephonic appearance and set a new mediation date with personal appearances required.

IT IS SO ORDERED.

January 11, 2012      By:     *Elizabeth D. Laporte*
Dated                                              Elizabeth D. Laporte
                                                     United States Magistrate Judge