[ATTORNEYS LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAMSOFT DATA SYSTEMS INC.,<br><br>                  Plaintiff,<br><br>    v.<br><br>TROPOS NETWORKS INC., RON SEGE, ALLEN CARR, DAVE HANNA,<br><br>                  Defendants. | Case No. CV 10-3725 EJD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>2nd Amended Complt Filed: April 1, 2011<br>Judge: The Honorable Edward J. Davila |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

IT IS hereby STIPULATED and AGREED by and between Plaintiff Camsoft Data Systems Inc. ("CamSoft") and Defendants Tropos Networks Inc., Ron Sege, and Dave Hanna (collectively, "Defendants"), by and through their respective undersigned counsel, that, pursuant to Federal Rule of Civil Procedure 41(a)(2), any and all claims asserted in the above-captioned matter by CamSoft against Defendants be and hereby are DISMISSED WITH PREJUDICE and WITHOUT AWARDING ATTORNEY'S FEES OR COSTS. Each party to this stipulation shall bear its or his own attorney's fees, costs and expenses incurred in connection with the action.

Dated: January 26, 2012

MELANCON RIMES

By: /s/ Jason Luke Melancon
Jason Luke Melancon

Attorneys for Plaintiffs CamSoft Data Systems Inc.

Dated: January 26, 2012

LAW OFFICES OF DAVID H. SCHWARTZ

By: /s/ David H. Schwartz
David H. Schwartz

Attorneys for Plaintiffs CamSoft Data Systems Inc.

Dated: January 26, 2012

STERBCOW LAW GROUP LLC

By: /s/ Marx David Sterbcow
Marx David Sterbcow

Attorneys for Plaintiffs CamSoft Data Systems Inc.

Dated: January 26, 2012

FENWICK & WEST LLP

By: /s/ Patrick E. Premo
Patrick E. Premo

Attorneys for Defendants Tropos Networks Inc., Ron Sege and Dave Hanna.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
HONORABLE EDWARD J. DAVILLA
UNITED STATES DISTRICT JUDGE