[ATTORNEYS LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAMSOFT DATA SYSTEMS INC.,<br><br>                Plaintiff,<br><br>v.<br><br>TROPOS NETWORKS INC., RON SEGE, ALLEN CARR, DAVE HANNA,<br><br>                Defendants. | Case No. CV 10-3725 EJD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>2nd Amended Complt Filed: April 1, 2011<br>Judge: The Honorable Edward J. Davila |

IT IS hereby STIPULATED and AGREED by and between Plaintiff Camsoft Data Systems Inc. ("CamSoft") and Defendants Tropos Networks Inc., Ron Sege, and Dave Hanna (collectively, "Defendants"), by and through their respective undersigned counsel, that, pursuant to Federal Rule of Civil Procedure 41(a)(2), any and all claims asserted in the above-captioned matter by CamSoft against Defendants be and hereby are DISMISSED WITH PREJUDICE and WITHOUT AWARDING ATTORNEY'S FEES OR COSTS. Each party to this stipulation shall bear its or his own attorney's fees, costs and expenses incurred in connection with the action.

Dated: January 26, 2012                MELANCON RIMES

                                       By: /s/ Jason Luke Melancon
                                           Jason Luke Melancon

                                       Attorneys for Plaintiffs CamSoft Data Systems Inc.

Dated: January 26, 2012                LAW OFFICES OF DAVID H. SCHWARTZ

                                       By: /s/ David H. Schwartz
                                           David H. Schwartz

                                       Attorneys for Plaintiffs CamSoft Data Systems Inc.

Dated: January 26, 2012                STERBCOW LAW GROUP LLC

                                       By: /s/ Marx David Sterbcow
                                           Marx David Sterbcow

                                       Attorneys for Plaintiffs CamSoft Data Systems Inc.

Dated: January 26, 2012                FENWICK & WEST LLP

                                       By: /s/ Patrick E. Premo
                                           Patrick E. Premo

                                       Attorneys for Defendants Tropos Networks Inc., Ron Sege and Dave Hanna.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Clerk shall close this file.

DATED: January 27, 2012

HONORABLE EDWARD J. DAVILLA
UNITED STATES DISTRICT JUDGE